```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

MARY LYNN BURCH                                          PLAINTIFF

    v.                          No. 04-5308

HARTFORD LIFE AND
ACCIDENT INSURANCE CO.                                   DEFENDANT

## ORDER

On this 12th day of January 2006, there comes on for consideration the parties' request to reopen this case for the purpose of documenting Defendant's satisfaction of judgment (Doc. 11) in accordance with the Court's Memorandum Opinion and Order (Doc. 10) filed on June 22, 2005. Being well and sufficiently advised, the Court finds that the parties' request to reopen the case should be and hereby is GRANTED. Accordingly, these proceedings are REOPENED solely for the purpose of documenting Defendant's satisfaction of judgment.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```

**AO72A**
**(Rev. 8/82)**