IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARY LYNN BURCH                                              PLAINTIFF

        v.                        No. 04-5308

HARTFORD LIFE AND
ACCIDENT INSURANCE CO.                                       DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order (Doc. 10) filed on June 22, 2005, the Court finds that Plaintiff is entitled to a judgment against Defendant, Defendant's decision to deny benefits is REVERSED, and this case is remanded to the plan administrator for a benefits determination consistent with the Memorandum Opinion to include: Plaintiff is awarded prejudgment interest at a rate of 3.39% compounded annually from September 1, 2002 to June 22, 2005 and post-judgment interest on this Court's award of prejudgment interest. Further, Plaintiff is entitled to an award of attorneys' fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 12th day of January 2006.


                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge

AO72A
(Rev. 8/82)

Dockets.Justia.com